RECEIVED
IN ALEXANDRIA, LA.

MAR 1 8 2014

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

GORDON C. REID                    DOCKET NO. 1:13-CV-2149; SEC. P

VERSUS                            JUDGE JAMES T. TRIMBLE, JR.

FEDERAL BUREAU OF PRISONS         MAGISTRATE JUDGE KIRK

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** (1) that Plaintiff's <u>Bivens</u> claim regarding disciplinary segregation be **DENIED AND DISMISSED with prejudice** as frivolous; (2) that Plaintiff's request for reversal of his disciplinary conviction be **DENIED AND DISMISSED without prejudice to him raising this claim in a petition for writ of habeas corpus;** and (3) that Plaintiff's claim for damages related to his disciplinary conviction be **DENIED AND DISMISSED with prejudice to being asserted again** *until* the <u>Heck</u> conditions are met.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 18th day of March, 2014.

JAMES T. TRIMBLE, JR.